UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON, | No. 2:17-cv-1568 CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. TILESTON, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 4) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

Dated: August 23, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/john1568.36