UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. TILESTON, et al.,<br><br>        Defendant. | No. 2:17-cv-01568 CKD P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed February 5, 2018, plaintiff's first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint. While the court notes that plaintiff filed a notice of change of address on February 22, 2018 due to a prison transfer, the court has not received any additional communication from plaintiff since that date.

Accordingly, IT IS HEREBY ORDERED that this case be randomly assigned to a district court judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 20, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/john1568.fta