UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>C. TILESTON, et al.,,<br><br>        Defendants. | No. 2:17-cv-01568 WBS CKD P<br><br>ORDER |

On April 20, 2018, the undersigned issued Findings and Recommendations that this action be dismissed without prejudice based on plaintiff's failure to file a second amended complaint. Plaintiff's objections were due to be filed within fourteen days. On April 27, 2018, plaintiff filed a letter explaining the difficulties he has had while in prison. The court will construe the letter as a request for an extension of time to file his objections to the Findings and Recommendations. So construed and for good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections to the Findings and Recommendations of April 20, 2018.

Dated: May 3, 2018

                                                  CAROLYN K. DELANEY<br>
                                                  UNITED STATES MAGISTRATE JUDGE

John1568.36(1).docx

1